Filed 5/30/24  P. v. Mustin CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>  Plaintiff and Respondent,<br><br>v.<br><br>JOSEPH SAMUEL MUSTIN,<br><br>  Defendant and Appellant. | 2d Crim. No. B332404<br>(Super. Ct. No. 2021025620)<br>(Ventura County) |

Joseph Samuel Mustin appeals from the judgment sentencing him to state prison after the trial court found him in violation of probation.

In 2021, Mustin entered a Walmart store, concealed merchandise in his backpack, and ran out the door without paying.  When confronted by a store employee, he swung a baseball bat in the air and yelled for employees to not stop him.

Mustin pleaded guilty to second degree robbery (Pen. Code, §§ 211, 212.5, subd. (c)).  The court placed him on two years' probation with terms including 285 days in county jail.

In 2023, the court found Mustin in violation of probation. The court terminated probation and sentenced him to prison for the low term of two years. The court awarded credit for time served of 324 days actual time plus conduct credit of 15 percent (49 days) (Pen. Code, § 2933.1, subd. (c)).

We appointed counsel to represent Mustin in this appeal. After counsel examined the record, she filed an opening brief that raises no arguable issues. On March 22, 2024, appointed counsel advised Mustin by mail that he had 30 days within which to file a supplemental brief to raise any issues he wished us to consider. We have not received a response.

We have reviewed the entire record and are satisfied that Mustin's attorney has fully complied with her responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441-443.)

The judgment is affirmed.

<u>NOT TO BE PUBLISHED.</u>




BALTODANO, J.


We concur:



GILBERT, P. J.          YEGAN, J.


2

Paul W. Baelly, Judge

Superior Court County of Ventura

_____

Gloria C. Cohen, under appointment by the Court of
Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.